VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROBERTO SORIA CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00055-JLT-SKO |
| *Plaintiff,* | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| ROBERTO SORIA CUEVAS | |
| Defendant | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Roberto Soria Cuevas having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence at the status conference on May 7, 2025, pursuant to this waiver. Defendant agrees that his interests shall be represented by the presence of his attorney, Victor M. Chavez, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at the status conference. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his presence at said time and place.

Dated: May 5, 2025

*/s/ Roberto Soria Cuevas*
ROBERTO SORIA CUEVAS
Defendant

DATED: May 5, 2025         /s/ Victor M. Chavez
                           VICTOR M. CHAVEZ
                           Attorney for Defendant
                           Roberto Soria Cuevas

ORDER

**IT IS HEREBY ORDERED** that the defendant's appearance is waived on May 7, 2025 pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

Dated:   **May 5, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

Roberto Soria Cuevas: Waiver of Appearance