ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERTO SORIA-CUEVAS,<br>                    Defendant. | CASE NO.  1:24-CR-00055-JLT-SKO<br><br>STIPULATION VACATING TRIAL DATE |

**STIPULATION**

1.      By previous order, this matter was set for trial on February 3, 2026.

2.      By this stipulation, the parties now move to vacate the trial date as to him only.

IT IS SO STIPULATED.


Dated: January 12, 2026                    ERIC GRANT
                                           United States Attorney


                                           /s/ ANTONIO J. PATACA
                                           ANTONIO J. PATACA
                                           Assistant United States Attorney

1

Dated:  January 12, 2026

/s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
ROBERTO SORIA-CUEVAS

**ORDER**

IT IS SO ORDERED.

Dated:  __**January 13, 2026**__

UNITED STATES DISTRICT JUDGE

2